IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **Sebastian Chach De Leon,** | * |
| Petitioner, | * |
| | *   Case No. 1:25-cv-03916-PX |
| v. | * |
| **Pamela Bondi,** *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On November 30, 2025, Petitioner Sebastian Chach De Leon ("Petitioner") filed a Petition for Writ of Habeas Corpus. ECF No. 1. On December 1, 2025, the parties had a telephonic conference with the Court and were ordered to provide an update regarding Petitioner's December 5, 2025 Bond Hearing no later than December 9, 2025. ECF No. 6. On December 8, 2025, the parties met and conferred, and are in agreement that: (i) Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226, not 8 U.S.C. § 1225; and (ii) on December 5, 2025, Petitioner was granted an alternative bond by the Immigration Judge in the amount of $9,000 if his detention was pursuant to 8 U.S.C. § 1226; and (iii) Petitioner is entitled to pay the alternative bond amount of $9,000 to secure his release under 8 U.S.C. § 1226. In light of the parties' agreement, it is hereby **ORDERED**:

(1) That briefing in this matter is **STAYED** while Petitioner pays the bond to secure his release; and

(2) That the parties **SHALL FILE** a Joint Status Report on or before December 19, 2025 addressing the status of the bond payment.

December 10, 2025                          /s/
---------------------                          ---------------------------------
Date                                                Paula Xinis
                                                          United States District Judge